IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    Plaintiff,

                -v-                13 - CV- 01137-WMS

THE SUM OF $818,604.26 WHICH REPRESENTS
ALL MONETARY WIRE TRANSFERS
ORIGINATING FROM VERWALTUNGS UND
PRIVAT-BANK AG SENT BY OR ON BEHALF OF
VALOBENA AG, THROUGH JP MORGAN CHASE BANK
 ("JP MORGAN CHASE"), 1 CHASE PLAZA, NEW YORK, NY,

    Defendant.

## DEFAULT JUDGMENT AND ORDER OF FORFEITURE

Upon the application of the plaintiff in this action pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, and it appearing that all of the persons or entities known or thought to have an interest in or claim to the defendant currency having been given due notice of these proceedings, and no response to plaintiff's motion for default judgment having been filed, and after full and careful consideration of the plaintiff's motion, and all prior pleadings and proceeding in this matter, it is hereby

**ORDERED,** that this Judgment of Default be entered against the defendant currency; and it is hereby

**ORDERED**, that the defendant currency, $818,604.26, is hereby forfeited to the United States of America pursuant to Title 21, United States Code, Section 981(a)(1)(A), Section 981(a)(1)(C) and 981(j); and it is further

**ORDERED**, that the United States Department of Treasury shall dispose of the defendant currency in accordance with law; and it is further

**ORDERED,** that any claims to the defendant currency are hereby forever barred.

SO ORDERED.

Dated: March 6, 2014
Buffalo, NY

    s/William M. Skretny
WILLIAM M. SKRETNY
Chief Judge
United States District Court